UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:

    MARTHA ELAINE CARMEAN

HONORABLE SCOTT W. DALES
CASE NO. 19-03276-SWD
CHAPTER 13

DEBTOR.

_____/
THOMAS R. BETKER (P55920)
Attorney for Debtor
511 Renaissance Dr., Suite 110
St. Joseph, MI 49085
(269) 983-5777
---------------------------------
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 997-6481
(586) 726-1000
_____/

**BRIEF IN SUPPORT OF MOTION OF SANTANDER CONSUMER USA INC. DBA CHRYSLER CAPITAL FOR RELIEF FROM THE AUTOMATIC STAY AND FOR WAIVER OF PROVISIONS OF FRBP 4001(a)(3)**

The Creditor, in support of its Motion for Relief from the Automatic Stay, relies on 11 U.S.C. §§ 361-363 and LBR 9013 and 4001-1 (W.D.M.).

        O'REILLY RANCILIO P.C.

        */s/ Craig S. Schoenherr, Sr.*

        _____
        CRAIG S. SCHOENHERR, SR. (P32245)
        Attorney for Creditor
        12900 Hall Road, Suite 350
        Sterling Heights, MI 48313-1151
        (586) 726-1000
        ecf@orlaw.com

DATED:  August 3, 2020