UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:

    MARTHA ELAINE CARMEAN      HONORABLE SCOTT W. DALES
                                                                         CASE NO. 19-03276-SWD
                                                                         CHAPTER 13

          DEBTOR.
_____/

**NOTICE OF MOTION OF SANTANDER CONSUMER USA INC. DBA
CHRYSLER CAPITAL FOR RELIEF FROM THE AUTOMATIC STAY
AND FOR WAIVER OF PROVISIONS OF FRBP 4001(a)(3)**

    Santander Consumer USA Inc. dba Chrysler Capital has filed papers with the court for relief from the automatic stay.

    **Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

    If you do not want the court to terminate the automatic stay, or if you want the court to consider your views on the motion for relief from the automatic stay, within 14 days, you or your attorney must:

    1.    File with the court a written response or an answer, explaining your position, at[1]:

Clerk of the Court
United States Bankruptcy Court
1 Division Ave N, Room 200
Grand Rapids, MI 49503

    If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

    You must also mail a copy to:

| | |
|---|---|
| Craig S. Schoenherr, Sr. (P32245) | Barbara P. Foley |
| Attorney for Creditor | Chapter 13 Trustee |
| O'Reilly Rancilio P.C. | P.O. Box 51109 |
| 12900 Hall Road, Suite 350 | Kalamazoo, MI 49005-1109 |
| Sterling Heights, MI 48313-1151 | |

    2.    If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time, and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

                O'REILLY RANCILIO P.C.

                */s/ Craig S. Schoenherr, Sr.*
                _____
                CRAIG S. SCHOENHERR, SR. (P32245)
                Attorney for Creditor
                12900 Hall Road, Suite 350
                Sterling Heights, MI  48313-1151
                (586) 726-1000
                ecf@orlaw.com

DATED: August 3, 2020

---

[1]Response or answer must comply with Fed. R. Civ. P. 8(b), (c) and (e)