UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:

    MARTHA ELAINE CARMEAN    HONORABLE SCOTT W. DALES
                                                      CASE NO. 19-03276-SWD
                                                      CHAPTER 13

            DEBTOR.
_____/
THOMAS R. BETKER (P55920)
Attorney for Debtor
511 Renaissance Dr., Suite 110
St. Joseph, MI 49085
(269) 983-5777
---------------------------------
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 997-6481
(586) 726-1000
_____/

**CERTIFICATE OF SERVICE**

      CRAIG S. SCHOENHERR, SR., being duly sworn, says that on the 3rd day of August, 2020, a copy of the Motion for Relief from the Automatic Stay, Brief in Support, Notice and Opportunity for Hearing and this Proof of Service was served upon:

| | |
|---|---|
| Thomas R. Betker | Barbara P. Foley |
| Attorney at Law | Trustee |
| 511 Renaissance Dr., Suite 110 | P.O. Box 51109 |
| St. Joseph, MI 49085 | Kalamazoo, MI 49005-1109 |

electronically pursuant to the court notice of service, and upon:

| | |
|---|---|
| Martha Elaine Carmean | Office of the U.S. Trustee |
| 70952 Brodrick Way | The Ledyard Bldg, 2nd Floor |
| Niles, MI 49120 | 125 Ottawa NW, Suite 202R |
| | Grand Rapids, MI  49503 |

by placing the documents in an envelope, correctly addressed and placing same in the United States Mail with postage prepaid.

                    O'REILLY RANCILIO P.C.

                    */s/ Craig S. Schoenherr, Sr.*
                    _____
                    CRAIG S. SCHOENHERR, SR. (P32245)
                    Attorney for Creditor
                    12900 Hall Road, Suite 350
                    Sterling Heights, MI  48313-1151
                    (586) 726-1000
                    ecf@orlaw.com

DATED: August 3, 2020